UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

VINCENT BASCIANO, et al.,

    Defendants.

----------------------------------------------------------X

STIPULATION OF
SUBSTITUTION
COUNSEL

03 CR 929 (S-4) (NGG)

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that JEFFREY LICHTMAN, 1790 Broadway, Suite 1501, New York, New York 10019, is substituted as attorney for defendant ANTHONY DONATO in place and instead of HOFFMAN & POLLOK LLP, 260 Madison Avenue, New York, New York 10016.

Dated:     New York, New York
           July 10, 2006

JEFFREY LICHTMAN
Substituted Attorney for Defendant

HOFFMAN & POLLOK LLP
By: _____
JOHN L. POLLOK
Former Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.