10/25/2007  15:12    6468367743         SIA CARPINO                    PAGE  04



# UNITED STATES GOVERNMENT
## MEMORANDUM
## FEDERAL BUREAU OF PRISONS
## METROPOLITAN CORRECTIONAL CENTER

DATE: June 12, 2007

REPLY TO
ATTN. OF: G. Black, Unit Counselor

SUBJECT: conversation

TO: R. Eldridge, Unit Manager

On June 11, 2007, at approximately 4:00pm I called inmate CM2
into the counselor office to discuss complains about the kitchen
operation where he is assigned as kitchen orderly.  During the
conversation he mention that inmate DC ~~████████~~ was trying to
recruit him to contact his prosecutor in regards to " a hit" and
inmate Bascino he also mention that others may be involved.  He
also named Offier Santomaggio in this conversation.

I called the unit manager who had gone for the day.  On June 12,
2007 I brought the conversation to her attention and Lt. Shepard.

### FOI Exempt
### Sensitive But Unclassified



# UNITED STATES GOVERNMENT
# MEMORANDUM

**Metropolitan Correctional Center, New York, New York**
*Protective Custody Unit*

**DATE:**        August 15, 2007

**TO:**          Mary Wade-Jones, SIA

**FROM:**        Gloria Black, Counselor /s/

**SUBJECT:**     CM2 ████████████

At approximately 8:00am this morning I was approached by inmate CM2 ████████████ he has concerns about Officer Sandemaggio.  He claims that this officer is questing him about his case, another PCU inmate and inmate Bascino presently on 10south.

I am requesting that when you meet with him it is off the unit.

Mary Wade-Jones - save as cm2 sia. 2



# UNITED STATES GOVERNMENT
# MEMORANDUM

### Metropolitan Correctional Center, New York, New York
### *Protective Custody Unit*

**DATE:**      August 15, 2007

**TO:**        Mary Wade-Jones, SIA

**FROM:**      Gloria Black, Counselor /s/

**SUBJECT:**   CM2 ▓▓▓▓▓▓▓

As requested the above mentioned  inmate CM2 ▓▓▓▓▓▓▓ did bring to my attention that he
was approached by inmate DC ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ about "a hit".

In or around April 2007, inmate DC approached inmate CM2 to contact his AUSA and tell
him that C/O Santamaggio approached him on behalf of  I/M Basciano to place a hit on DC.
This was being fabricated by DC.  DC wanted to use CM2's  credit ability with  AUSA's to tie
the story together. CM2 stated that C/O Santamaggio never had a conversation with him until
last night.



# UNITED STATES GOVERNMENT
# MEMORANDUM

### Metropolitan Correctional Center, New York, New York

**DATE:** August 15, 2007

**TO:** Mary Wade-Jones, SIA

**FROM:** C. Shepard, SIS Lieutenant

**SUBJECT:** I/M CM

I do not recall a conservation in April with Unit Manager Eldridge in reference to inmate CM. I do recall the inmate DC mentioned in reference to Officer Santomaggio, but don't recall the conservation.



# UNITED STATES GOVERNMENT
# MEMORANDUM

Metropolitan Correctional Center, New York, New York

DATE: 08/17/07

TO: SIA Wade-Jones

FROM: T. Singh Correctional Officer

SUBJECT: Unit 3

On the 13th of August during E/W shift Officer Santomaggio had called me and made me aware of a situation going on, on unit CA . He asked if I heard any rumors regarding inmates CM2 and DC and his name. I stated I have not heard anything as of yet. That was the extent of our conversation.

Mary Wade-Jones - Staff Allegation.wp



# UNITED STATES GOVERNMENT
## MEMORANDUM

Metropolitan Correctional Center, New York, New York

**DATE:**     August 22, 2007

**TO:**       Mary Wade-Jones, SIA
              //s//

**FROM:**     R. Eldridge, Unit Manager

**SUBJECT:**  CM2 ████████

On or about April 26, 2007  at approximately 1:00 p.m., I was informed by Counselor Gloria Black, that inmate CM #2 ████████ approached her concerning an incident with inmate DC ████████ Counselor Black informed me inmate DC ████████ approached inmate CM ████████ concerning a staff member. I immediately stop counselor Black and called lieutenant Shepard to report to the unit.  Upon his arrival I informed him he need to speak with the following inmates.   Inmate CM #2 ████████ and inmate AB ████████ concerning the allegation regarding a staff member.   Lieutenant Shepard spoke with both inmate in unit 3 Attorney conference room.   I informed lieutenant Shepard he need to do a package on this incident and I need a copy of the report.

10/25/2007  15:12   6468367743              SIA CARRINO                    PAGE  03

## U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS
### MCC New York, New York 10007

### A F F I D A V I T

State of New York)  ss
Country of U.S.A.)
Count of Manhattan)

I, make this statement freely without any promises or assurances:

1. That I CM2 is an inmate who is currently incarcerated at the Metropolitan Correctional Center, New York, New York.

2. That my Federal Inmate Register Number is ███████.

3. That I have not been made any promises of money or compensation of any kind for the statements provided in this affidavit.

Sometime back in April maybe the third week, I notified Counselor Black, Unit Manager Eldridge, and Lieutenant Shepard that inmate DC, approached me with a proposition. Inmate DC stated that he had a way for me to get credit. DC stated that I could call and tell the prosecutors that Officer Santomaggio hired me to kill him for inmate Basciano. Inmate DC was testifying against inmate Basciano and that Basciano is part of the Bonanno's crime family. When I refused to setup Officer Santomaggio, inmate DC started doing crazy stuff in the unit. I informed Counselor Black, Eldridge and Lt. Shepard about all of this. On Monday, August 13, 2007, at approximately 5:00 p.m., Officer Tony Singh was working unit 3. Officer Singh called me to the officers station. Upon entering the officers station Officer Singh stated that Officer Santomaggio is on the telephone and he wants to know who were those three FBI agents that came to visit, "What is their name and what did I tell them about Santomaggio." I told Officer Singh that I don't know what Officer Santomaggio is talking about and what FBI agents. Then Officer Singh said for me to talk to Officer Santomaggio on the telephone trying to hand me the telephone and I said no. I told Officer Singh that I don't know what Officer Santomaggio is talking about and that I am not talking to him on the phone. Officer Singh told me again to talk to Officer Santomaggio on the phone and I said no, I don't want to have anything to do with him. After that Officer Singh could hear it in my voice that I was getting upset and he then told Officer Santomaggio that I don't want to talk to him and not to call back there again. On Tuesday, August 14, 2007, Officer Santomaggio worked unit 3 as the evening watch officer.

Page 1 of 2        Affiants Initials  *Inmate Refused to signed*

Recieved # 4107 From Ms. Elbnir
at 12:45 p.m.

On The end of April 2007 Inmate D.C.
Approach me with A Plan Tor me To be
Able To Get A mayor credit From The
Prosecutors. He say to me That
with The Story He was Going To Give me
I was Going To be Able To make sure
That I was Going To Go Home sooner
And At The Same Time I was Going To
Help Him Convince His Prosecutors About
Him being on A life Threat situation
while him being held in ████████ on
MCC N.Y... He said That with my
credibility with The Brooklyn Prosecuter
And by me being in Jail for murder To
Hire That They will believe me And most
Probably The Prosecutors will Get Him out
of Jail And Place Him in A SAFe House..
or send Him To Tier Two on bail...
      The Plan was Tor me To call one
of my Prosecutors And Tell Them That
on That Day officer SANTORAGGIO who
work in The hole Area in The Unit
That Vinny is being held while on
Trail 10th south. He (officer SANTORAGGIO
Had Approach me with A murder contract
on behalf of Vinny bASCIANO who D.C
is CooPerating Against... That VINNY b
wanted me To Kill Dominic Cicale Tor
being His Rat... I Ask Dominic... How
do you know That. That officer work
in The whole -- D.C. Told me That He
Had Already made His Homework.. And
That officer SANTORAGGIO was A wanT
To be mobster because He Always go
Around Talking with made Guys From
Different Families -- but with Him it
was different because officer SANTO-
MAGGIO Knew That Dominic was The
witnes Against VINNY BASCIANO -- I
Told D.C. That officer SANTORAGGIO most
Probably was Going To loose His Job or
Go To Jail For No Reason AT The AUSA
believe me The Story -- D.C. SAY Focket
Get Him lock up. He A Piece of Shit →

Anyway--- So I Told Dominic That I was Goin To TALK To Him About That lATTER on --- AfTer That I dint Spoke To Dominic About The PLAN He Had made base up lies--- for Some Reason officer Santomaggio dint came To work in The unit for Two weeks He Always work on Tuesdays from 4:00 P.m. Till 12:00 Am...

within Those Two weeks Dominic Approach me only one Time To Talk About The PLAN He Had Ask me To Go Alone with Him--- He (Dominic Ask me If I HAd CAll my Prosecutors To Tell@ Them About The murder cause because Dominic dint See The officer for Two weeks. So I Told Dominic That IT was best If we dint TALK About That matter AT All -- And Dominic Thought That I Had made The CAll To my Prosecutors And That The officer was Already in Trouble-- So He Told me ThAT I was doing The Right thing And I dint Reply To Dominic AT All I Just SAw Him in The eyes And Then I walk Away---

A few days lATTer on Tuesday 4:00 P.m... AfTer The Count on early officer Santomaggio was opening The Doors for us To Go To Recreation - And when Dominic Cicale came out of His Cell And Dominic SAw officer Santomaggio in The unit Dominic Turn To See where I was And when He SAw me He was very Angry AT me but Dominic dint sAy Anything but His fACe was Hand Red And Dominic Turn To Go To TAlk To G.Cal... Around The lAw library Area- AfTer ThaT DAy me And Dominic dint spoke much He was upset And Arrogant To me I dint CAre-- AfTer ThaT He And G.w was

Always doing stupid stuff around the
unit - like creating Animosity between
inmates And myself And Tsa--- Complaining
on food -- Dropping ink pens in our cloth
while our clothing was in the Dryer
Damaging Electronics- staining walls that
I had just Paint And at one Time Domini
Put A Roach in The food Tray while I
was looking for the officer At the
officer station--- A lot of things happene
over a few weeks I was getting up set
with Domini about All the things he wo
Going Around Doing And Having other
Guys Doing Around the unit... I Approa
Domini in his cell And I Told him
that I knew About he was Going
Around doing with C.w... And I Told
him To stop All the nonsense And
To stop Having people writing Put out
To have me Thrown off my Kitchen Job.
He dint Agree with me About him doin
All the negative stuff Around the unit
we said that it was people who I had
Argue with... but I have not Argue with
nobody At All --- And I Told him that
And Domini was Trying To lie to me
in my face about everything he was
Responsible for -- Blaming his bullshit----
        A few day later Counselor Black
Call me To the unit Team office to
Tell me About how some inmate in the
unit was Going Around doing A lot of
stupid things to Causing the Attention of the
brass in the institution but that the
unit Team knew that the things that
in the latest day were A bunch of
nonsense And To be very careful And
To watch my back so nobody try To set
me up or something like that but she
Advise me To stay out of Trouble And I
continue doing the Right thing.... After
hearing Counselor Black Telling me About
All the lies people wrote in A Anonymous

Letter To The warden, I Ask Her To
Please Pay Attention To what I Had To
Tell Her because I Knew where And
who was The Person who was Starting
All This Trouble That was interrupting
The Peace in The unit. I then Proceed
To Tell Counselor Black All The Thing I
was To do And say To The Prosecutors by
by Dominic Cicale. Counselor Black was
Shock by All The Things I Told Her D.C.
Had Ask me To do. And The Reason of
inmates writing notes To The warden or
Damaging Things in The unit And Always
complaining About The Kitchen Food was
All Started by D.C. A.B. Gus. And Other
mrs. Black Told me To stay out of Trouble
And To stay doing The Right thing. And
I walk out of Her office. After That
on The very same day I were called by
officer Tabac And He Told me That Lt.
Shepherd was waiting for me in The
Attorney Conference Room And To Come
with Him. So I did. And As soon As
I walk in It Shepherd Ask me To Tell
Him The Story That I Had Told mrs Black
About D.C. Asking me To Call Prosecutors
And lie About officer Santonaggio Trying
To Hire me To Kill Dominic Cicale on
behalf of Vincent Basciano. I And.
Told everything I Had Told To mrs.
Black To Lt. Shepherd And I Assure
Lt. Shepherd That officer Santonaggio
had never Approach me At All. And that
I Had never Had A one minute Conversation
with The officer. After me finishing
Assuring Lt. Shepherd About All That
Story was nothing but A Conspiracy of
lies That Dominic Cicale Had made To
Convince His Prosecutors About Him
being in Danger in ~~xxxxxxx~~ on mcc
so They can Take Him out of Tabac. It's
That I was Taking back in To the unit
by officer Tabac.

Everything was ok. on Till A few weeks
latter when inmate Isa- came To my cell
Around five oclock P.M.... on A Tuesday
Evening... He (Isa- started Telling me That
officer Santomaggio want To Thank me
For doing what was Right About not
going Along with Dominic Cicale And The
lies About Santomaggio Asking me to
Kill Dominic... I went To The officer
station And I Told officer Santomaggio
That He had nothing To worry about
That I will Always Try To do what
was Right And To let it Go--- because
He knew As well As I knew That me
And him never ever before had A
conversation of Any kind.... He Thank me
Again And Again And After That I left
His office And I never stoke To him
on Till A few weeks latter when on
A monday evening I was in the
Kitchen cooking And officer Singh
came To The Kitchen And Ask me To
come with him For A couple of minutes
I follow him in To The officer office
when I saw officer Singh Grabing
The Phone with his Right hand And At
The same Time He look at me And
start Telling me That officer Santomaggi
wanted To know The name of The
F.B.I Agent That came To see me A
few days Ago... I Ask officer Singh
what was he Talking About?... And He
Answer To me After Talking in The
Phone with officer Santomaggio And
He say To me That officer Santomaggio
say that He was Getting A lot of
Hit From Everywhere on That Thing
That me And D.C. was Going To do...
And That He need To know The name
of The Prosecutors And The F.B.I Agent
From The Bonanno crime Family Task
Force That Had came To see me The
other day... I Told officer Singh To

Tell officer Santomaggio That I dont
Know Any Names And That if Anything
I will let him Know some other
day... officer Singh did. As I Told him
And Proceed To Tell officer Santomaggio
what I had Just say --- After that
officer Singh Told me That officer
Santomaggio say That All This SHIT
About me And Dominic Cicale was
witing The Courts --- And I Answer To
officer Singh To Stay Away From All
This That it was no Reason for him
To be delivering messages To me over the
Phone That This was To delicate and to
live it At That -- officer Singh SAW
How serious I was About The matter
And Told officer Santomaggio over the
Phone no To be calling To this unit
Anymore --- After That officer Singh
Try To Give me The Phone Telling me
That officer Santomaggio was Asking
For me To Talk To him on The Phone
I Refuse To Grab The Phone from
officer Singh. Well him ... ... ...
That I was not Going To Talk To
nobody on The officers Phone --- After
That officer Singh Told officer Santo-
maggio That I was not willing To
Talk To him on The Phone And To
leave him Alone And not To Call him
Anymore - And officer Singh say To him
That he dont want To be involve in
nothing what was Going on between us.
And officer Singh Hung up The Phone
And Then he look At me And he
Told me That he had Enough Problem
And That he dont want To Know nothing
About nothing .. And I Told him That he
was doing what was Right To Stay
Away And not To Get involve --- And
I walk Away From officer Singh
   The following day was Tuesday August
14th ... Around 4:45 Pm I Approach officer

Santomaggio while he was writing some
TRF or Letter on his desk And I Ask him
How is it that I can be Able to HeALP
him And to Please Tell me what was
All that About the Phone call yesterday
when he cAlled officer Sirgh... He also
SAntomaggio stared cursing All types of
Profanitys About Dominic Cicale being A
Piece of shit... A liar... A scum bag etc etc
And Then he started to Questioning me
About Everything Dominic Cicale was going
Around Doing on the unit while he D.C.
was Testifying Against Vincent BAsciano
in June... Officer SAntomaggio hAd A lot
of details of All the negatives of D.C.
on unit ▓ on MCC New York... And
Everything officer SAntomaggio Knew
About Dominic Cicale was the truth
when he say of Dominics Sabotaging the
food And distroying electronics And
building Animosity Among other inmates
And myself And Against FBI... what it
was Not Right is when officer Santo-
maggio was Trying to put words in my
mouth Telling me that I had Already
Told the Prosecutors About Dominic
Asking me to lie to the AUSA's Also
Officer SAntomaggio Axing me to Kil'
Dominic Cicale on behalf of Vincent
BAsciano while BAsciano was on Trial
so Officer SAntomaggio Try to Tell me
That my Prosecutors Knew About D.C.
mAking All this lies while BAsciano was
on Trial and that the Prosecutors dint
do Anything About it but instead they
Proceed to use dominic to Testify Against
BAsciano even dough they Knew Dominic
was going Around doing stupid stuff
And lying About Something so delicate
while he was Testifying --- but That was
Not Truth And I Told officer SAntomaggio
That I hAd never say that — And that At
Any moment I hAd Call my Prosecutors →

To Tell Them That Domonic Cicale had Ask
me To lie To Them About officer Santo
maggio Asking me To Kill Domonic Cicale on
orders of Vincent Basciano ... what I Say
was That while Domonic Cicale was Going
Trough Trial Preperation in early June I
e.m.2 did Call my Ausa To Tell Them
That Domonic Cicale was Going Around
doing some Very Stupid Stuff And That
he could Get in Trouble That he dint
need ... but officer Santomaggio dint
listen To me insted He Stared Cursing
And Getting very Angry And Then Again
officer Santomaggio Told me That I had
call The Ausa's And That I had Told
Them That D.C. Ask me To lie About
The same matter Said That my Prosecutor
knew That D.C. was no Good And They
did nothing About it And That All This
was Hitting The Courts And That I was
To Tell The Truth About me Calling The
Ausa's knowing Everything while Vincent
Basciano was on Trial ... I Again Told
officer santomaggio knew him saying
Something That was not Truth And
That if Anything I was Going To Call
The Following day To my Prosecutors
And let Them know About All This
matter because I dint Fill That iT
was Any need of This matter To be
in Court And That I was not Going To
Keep Talking To Him Anymore because
He Keep Saying Something To me That
had never happend ... officer Santomaggio
Ask me Then To Tell Him The names
of my Prosecutors And Agents ... I
Told him That I was Very Sorry but
That I was not Going To Answer
Any of his Questions Anymore ... And
if need it I was willing To Give
him An statement only Thru my
Lawyerd And The legal Deparments in
The Institution ... After That officer

SanTomaggio Started To Tell me again
About the same way he started at
The Begining of my calling my Aunt
etc. etc. etc. I denied it again and
again And Finally I ~~think~~ left his
office Station and I waited For Counselor
Black To Come To work the Following
Day around 8:00 A.M — and I Ask her
For Two minutes of her Time. And
I Told her of how officer SanTomaggio
Try To Put words in my mouth About
The matter with him. And because
Counselor Black made a Phone Call
And like Four hours latter I was
Talking To S.I.A. Mrs. Johns
About Everything That had being
Going on with officer SanTomaggio
The day before. — —